IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Sheila Outen,<br><br>    Plaintiff,<br>vs.<br><br>Andrew Saul, Commissioner<br>of Social Security,<br>    Defendant. | Civil Action No. 1:19-cv-3056-CMC<br><br>**ORDER** |

This matter is before the court on Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 22. In her petition, Plaintiff seeks an award of attorney's fees in the amount of $3,583.13, representing 8.5 attorney hours at the rate of $195.00 per hour, 19.75 paralegal hours at the rate of $97.50 per hour, and $20.85 in expenses.

The Commissioner filed a response indicating that he does not oppose payment of $3,583.13 in attorney's fees and $20.85 in expenses to Plaintiff. ECF No. 23. Accordingly, the court finds this amount reasonable and orders, pursuant to the EAJA, that Plaintiff be awarded $3,583.13 in attorney's fees and $20.85 in expenses, payable directly to Plaintiff and delivered to the business address of Plaintiff's counsel.

  **IT IS SO ORDERED**.

                  s/Cameron McGowan Currie
                  CAMERON MCGOWAN CURRIE
                  Senior United States District Judge

Columbia, South Carolina
December 17, 2020